IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:22-cv-00241-M

DAVID WEAVER,

    Plaintiff,

v.

THE CITY OF RALEIGH, and
OFFICER OMAR I. ABDULLAH,
OFFICER TAYLORE LEGGETT, and
SERGEANT WILLIAM ROLFE,
in their individual capacities,

    Defendants.

ORDER

    This matter comes before the court on the First Amended Complaint filed by the Plaintiff pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure. "Ordinarily, an amended complaint supersedes those that came before it." *Goodman v. Diggs*, 986 F.3d 493, 498 (4th Cir. 2021) (citing *Young v. City of Mount Ranier*, 238 F.3d 567, 572 (4th Cir. 2001)). In light of Plaintiff's filing, Defendant Taylore Leggett's Motion to Dismiss [DE 21] and Defendant Omar Abdullah's Motion to Dismiss [DE 26] are DENIED WITHOUT PREJUDICE as moot. Defendants shall file answers or other responses to the First Amended Complaint in accordance with Rule 15(a).

    SO ORDERED this 20th day of September, 2022.

    *Richard E. Myers II*
    RICHARD E. MYERS II
    CHIEF UNITED STATES DISTRICT JUDGE